JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INFO SOLUTIONS FUZION, INC., a Canadian corporation,<br><br>　　　　　Defendant. | CASE NO. CV 2:15-cv-01360-PA (FFMx)<br><br>**[PROPOSED] ORDER ENTERING JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Moldex-Metric, Inc. ("Moldex") and Defendant Info Solutions Fuzion, Inc. ("ISF"), entered a Joint Stipulation filed concurrently herewith requesting the Court to enter Judgment and Permanent Injunction as detailed in Exhibit A attached to the Joint Stipulation. Upon consideration of the Joint Stipulation Regarding Entry of Judgment And Dismissal, and finding that good cause exists therefore,

**IT IS HEREBY ORDERED THAT:**

1.　ISF, its officers, directors, agents, affiliates, subsidiaries, servants, employees, and attorneys, and any and all persons acting or attempting to act in concert or participation with ISF

or them, are hereby permanently restrained and enjoined from directly or indirectly (1) manufacturing, selling, offering for sale, importing, distributing, advertising or marketing in the United States, its territories and possessions, and Canada, its e-Plugz earplug product shown in Exhibit 1 hereto (except as set forth below) or any other earplug product with an appearance confusingly similar to Moldex's Design Mark shown in its United States Trademark Registration No. 2,680,402 (the "Design Mark"); and (2) assisting, aiding, or abetting any other person or entity in or performing any of the activities referred to in (1). This permanent injunction does not apply to the use of the word mark e-Plugz on an earplug product so long as the product does not have an appearance confusingly similar to Moldex's Design Mark shown in its U.S. Trademark Registration No. 2,680,402.

2. ISF shall pay to Moldex its own attorneys' fees and costs in the sum of $5,700.

3. ~~This court shall have continuing jurisdiction over this matter in order to take appropriate action in the event that defendant and the other parties who are enjoined do not comply with the terms of this permanent injunction.~~

**IT IS SO ORDERED.**

DATED: March 16, 2015

JS-6

Honorable Percy Anderson
United States District Court Judge

-2-
Case No. 2:15-cv-01360-PA (FFMx)
ORDER ENTERING JUDGMENT AND PERMANENT INJUNCTION